# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3655

Turtle Mountain Band of Chippewa Indians, et al.

Appellees

v.

Michael Howe, in his official capacity as Secretary of State of North Dakota

Appellant

North Dakota Legislative Assembly, et al.

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)

---

## AMENDED ORDER

Before COLLOTON, BENTON, and KELLY, Circuit Judges.

The application for leave to file an overlength motion is granted. The motion to expedite is granted. The motion for a stay of the district court's judgment has been considered by the court and is denied.

December 15, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans