No. 23-3655

# United States Court of Appeals for the Eighth Circuit

**Turtle Mountain Band of Chippewa Indians, Spirit Lake Tribe, Wesley Davis, Zachery S. King, and Collette Brown,**

Plaintiff-Appellees,

v.

**Michael Howe, in his official capacity as Secretary of State of North Dakota,**

Defendant-Appellant.

APPEAL FROM DECISION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA
(No. 3:22-cv-00022)

**APPELLANT'S STATEMENT OF THE ISSUES ON APPEAL**

Pursuant to Federal Rule of Appellate Procedure 30(b), Defendant-Appellant Michael Howe, in his official capacity as Secretary of State of North Dakota, submits this statement of the issues on appeal.

1) Whether the district court erred in finding 42 U.S.C. § 1983 provides a private right of action to allege violations of Section 2 of the Voting Rights Act.

2) Whether the district court erred in finding that North Dakota's 2021 legislative

1

redistricting plan violates Section 2 of the Voting Rights Act.

Dated this 20th day of December, 2023.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

        By: */s/ David R. Phillips*
            David R. Phillips (ND Bar No. 06116)
            Special Assistant Attorney General
            dphillips@bgwattorneys.com
            300 West Century Avenue
            P.O. Box 4247
            Bismarck, ND 58502-4247
            Telephone: (701) 751-8188

            Philip Axt (ND Bar No. 09585)
            Solicitor General
            Email: pjaxt@nd.gov
            600 E. Boulevard Ave., Dept. 125
            Bismarck, ND 58505
            Telephone: (701) 328-2210

        Counsel for Appellant Michael Howe, in his official capacity as Secretary of State of North Dakota

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, I electronically submitted the foregoing to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system and that ECF will send a Notice of Electronic Filing (NEF) to all participants who are registered CM/ECF users.

*/s/ David R. Phillips*
David R. Phillips