

STATE OF NORTH DAKOTA
## OFFICE OF ATTORNEY GENERAL
www.attorneygeneral.nd.gov
(701) 328-2210

Drew H. Wrigley
ATTORNEY GENERAL

SOLICITOR GENERAL DIVISION
OFFICE OF ATTORNEY GENERAL
600 E. BOULEVARD AVE., DEPT. 125
BISMARCK, ND 58505

**VIA CM/ECF**

Stephanie N. O'Banion
Acting Clerk of Court
United States Court of Appeals for the Eighth Circuit
111 S. 10th Street
St. Louis, MO 63102

April 12, 2024

> Re: **No. 23-3655,** *Turtle Mountain Band of Chippewa Indians, et al v. Michael Howe*

Dear Ms. O'Banion:

In response to the notice from the Court that the above-listed case has been screened for oral argument, I write to inform the Court that I will be unavailable to present oral argument during the Court's scheduled sitting on May 6-10, 2024, as those dates conflict with my scheduled wedding and honeymoon. But if the Court is inclined to hear argument for this case during that sitting, other counsel will be prepared to represent Secretary Howe for the argument.

I do not currently have a conflict with any of the Court's other published 2024 argument dates.

Sincerely,

/s/ *Philip Axt*
Philip Axt
Solicitor General

*Counsel for Michael Howe, in his official capacity as Secretary of State of North Dakota*