Case No. 23-3655

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS,
SPIRIT LAKE TRIBE, WESLEY DAVIS, ZACHERY S.
KING, COLLETTE BROWN,

*Plaintiffs-Appellees,*

v.

MICHAEL HOWE, in his official capacity as Secretary of
State of North Dakota,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NORTH DAKOTA
(No. 3:22-cv-00022)

## PLAINTIFFS-APPELLEES' NOTICE OF SUPPLEMENTAL AUTHORITY

| | | |
|---|---|---|
| Matthew Campbell | Samantha B. Kelty | Mark P. Gaber |
| Allison Neswood | Leonard R. Powell | Melissa Neal |
| NATIVE AMERICAN RIGHTS FUND | NATIVE AMERICAN RIGHTS FUND | CAMPAIGN LEGAL CENTER |
| 250 Arapahoe Ave | 950 F Street NW, Ste. 1050 | 1101 14th St. NW, Suite 400 |
| Boulder, CO 80302 | Washington, DC 20004 | Washington, DC 20005 |
| (303) 447-8760 | (202) 785-4166 | (202) 736-2200 |

Bryan L. Sells
THE LAW OFFICE OF
 BRYAN L. SELLS
P.O. Box 5493
Atlanta, GA 31107
(404) 480-4212

*Counsel for Appellees*

Timothy Q. Purdon*
ROBINS KAPLAN, LLP
1207 West Divide Ave., Ste 200
Bismarck, ND 58501
(701) 255-3000

* *Counsel for Appellees Turtle
Mountain Band of Chippewa
Indians and Spirit Lake Nation*

Pursuant to Federal Rule Appellate Procedure 28(j), Plaintiffs direct the Court to the Supreme Court's January 13, 2025 Order in *Walen v. Burgum*. *See* Order List (Jan. 13, 2025), https://www.supremecourt.gov/orders/courtorders/011325zor_5425.pdf. The Court dismissed an appeal challenging District 9A[1] (which was in any event separately enjoined by the district court in this case as a violation of Section 2 of the Voting Rights Act) and summarily affirmed the *Walen* three-judge district court's order granting summary judgment upholding the configuration of District 4A against a racial gerrymandering claim. The *Walen* district court ruled that it need not decide whether race had predominated in the drawing of District 4A because even if it had, the legislature had a compelling reason to engage in race-based districting because Section 2 of the Voting Rights Act required its configuration to afford Native American voters in the region an equal opportunity to elect their candidates of choice. *See Walen v. Burgum*, 700 F. Supp. 3d 759, 775 (D.N.D. 2023).

In this appeal, the Secretary contends that the district court erred by including the following footnote regarding Plaintiffs' demonstrative

---

[1] The appellant challenging District 9A did not reside in the district.

maps in its decision: "[E]ven assuming race was the predominate motivating factor in drawing the districts, establishing (and then remedying) a Section 2 violation provides a compelling justification for adopting one of the proposed plans." *Turtle Mountain Band of Chippewa Indians v. Howe*, No. 3:22-cv-22, 2023 WL 8004576, at *10 n.3 (D.N.D. Nov. 17, 2023). The Supreme Court's Order summarily affirming the exact same conclusion in *Walen* forecloses the Secretary's position in this appeal.[2]

---

[2] Notably, the State's position has shifted throughout this case and in *Walen*. The State argued before the *Walen* district court that Section 2 compliance provided a compelling justification for race-based districting, only to reverse course before the Supreme Court. *See* Memorandum of Appellees Doug Burgum, *et al.* at 2, No. 23-969 (May 6, 2024), https://www.supremecourt.gov/DocketPDF/23/23-969/309077/2024 0506141023134_23-969%202024-05-03%20Walen%20JX%20 Response%20Final.pdf.

The State's new position—rejected by the Supreme Court with its summary affirmance—is the same position the State advances in this appeal.

January 13, 2025

Matthew Campbell
Allison Neswood
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302
(303) 447-8760
mcampbell@narf.org
neswood@narf.org

Samantha B. Kelty
Leonard R. Powell
NATIVE AMERICAN RIGHTS FUND
950 F St. NW, Ste. 1050
Washington, DC 20004
(202) 785-4166
blencke@narf.org
powell@narf.org

Bryan L. Sells
THE LAW OFFICE OF BRYAN
 L. SELLS
P.O. Box 5493
Atlanta, GA 31107
(404) 480-4212
bryan@bryansellslaw.com

Respectfully submitted,

*/s/ Mark P. Gaber*
Mark P. Gaber
Melissa Neal
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
mneal@campaignlegal.org

Timothy Q. Purdon*
ROBINS KAPLAN, LLP
1207 West Divide Ave., Ste. 200
Bismarck, ND 58501
(701) 255-3000
tpurdon@robinskaplan.com

*Counsel for Appellees*
**Counsel for Appellees Turtle Mountain Band of Chippewa Indians
and Spirit Lake Nation*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Rule 28(j) of the Federal Rules of Appellate Procedure because this brief contains 346 words.

This brief complies with the typeface requirements of Rule 32(a)(5) of the Federal Rules of Appellate Procedure and the type style requirements of Rule 32(a)(6) of the Federal Rules of Appellate Procedure because this brief has been prepared in a proportionally spaced typeface using version 2402 of Microsoft Word in 14-point Century Schoolbook font.

As required by Eighth Circuit Rule 28A(h), this brief has been scanned for viruses and is virus-free.

Dated: January 13, 2025

<em><u>/s/ Mark P. Gaber</u></em>

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mark P. Gaber*