IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No. 23-3655

TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, et al.,

Plaintiffs-Appellees

v.

MICHAEL HOWE, in his official capacity as
Secretary of State of North Dakota, et al.,

Defendant-Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Jonathan L. Backer as counsel of record in the above-captioned case as of January 17, 2025.

The United States will continue to be represented by Erin H. Flynn.

       Respectfully submitted,

       KRISTEN CLARKE
        Assistant Attorney General

       s/ Jonathan L. Backer
       ERIN H. FLYNN
       JONATHAN L. BACKER
        Attorney
        Department of Justice
        Civil Rights Division
        Appellate Section
        Ben Franklin Station
        P.O. Box 14403
        Washington, D.C. 20044-4403
        (202) 532-3528

# CERTIFICATE OF COMPLIANCE

I certify that the attached UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL:

1. Complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because the motion, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), contains 43 words.

2. Complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it meets the typeface requirements of Federal Rules of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

                                                s/ Jonathan L. Backer
                                                JONATHAN L. BACKER
                                                 Attorney

Date: January 17, 2025

# CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I electronically filed the foregoing UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in this care are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Jonathan L. Backer
JONATHAN L. BACKER
