# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

—————

TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, *et al.*,
*Plaintiffs-Appellees,*
v.
MICHAEL HOWE, in his official capacity as Secretary of State of North Dakota,
*Defendant-Appellant.*

—————

On Appeal from the United States District Court for the District of North Dakota,
No. 3:22-CV-00022

—————

**MOTION FOR WITHDRAWAL OF COUNSEL BY AMICUS CURIAE
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**

—————

Deuel Ross
Michael Skocpol*
 *Counsel of Record*
NAACP Legal Defense & Educational
 Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
mskocpol@naacpldf.org
T: (202) 682-1300
F: (202) 682-1312

*pending withdrawal

February 5, 2025

Janai S. Nelson
 *President and Director-Counsel*
Samuel Spital
Brenda Wright
Colin Burke
NAACP Legal Defense & Educational
 Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

*Counsel for Amicus Curiae*

Amicus curiae NAACP Legal Defense & Educational Fund, Inc. ("LDF") respectfully requests that the Court grant leave for Michael Skocpol to withdraw his appearance as counsel of record for amicus curiae in the above-captioned case. Mr. Skocpol's employment at LDF ends on February 7, 2025. Amicus curiae will continue to be represented by all other undersigned counsel, with Brenda Wright as counsel of record.

February 7, 2025

Respectfully submitted,

*/s/ Michael Skocpol*
Deuel Ross
Michael Skocpol
NAACP Legal Defense & Educational
  Fund, Inc.
700 14th Street, Suite 600
Washington, DC 20005
mskocpol@naacpldf.org
T: (202) 682-1300
F: (212) 226-7592

Janai S. Nelson
  *President & Director-Counsel*
Samuel Spital
Brenda Wright
  *Counsel of Record*
Colin Burke
NAACP Legal Defense & Educational
  Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(C), I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a), as the motion, excluding the sections exempted by Federal Rule of Appellate Procedure 32(f), contains 63 words. This motion also complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6), as the motion has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

*/s/ Michael Skocpol*
Michael Skocpol

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this brief on February 7, 2025, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the appellate CM/ECF filing system. I further certify that counsel for all parties to the case are registered CM/ECF users, such that service will be accomplished by the CM/ECF system.

/s/ Michael Skocpol
Michael Skocpol

*Counsel for Amicus Curiae*