No. 23-3655

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, et al.,
Plaintiffs-Appellees,

v.

MICHAEL HOWE, in his official capacity as
Secretary of State of North Dakota,
Defendant-Appellant.

On Appeal from the United States District Court for the
District of North Dakota, Case No. 3:22-cv-00022

## MOTION FOR LEAVE TO WITHDRAW

Steve Marshall
Attorney General

Edmund G. LaCour Jr.
Solicitor General

Soren Geiger*
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Soren.Geiger@AlabamaAG.gov

*Counsel for Amici Curiae States*

# MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned, Soren A. Geiger, and files this Motion for Leave to Withdraw as counsel of record for Amicus Curiae States of Alabama, Florida, Georgia, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, South Carolina, South Dakota, Texas, Utah, and West Virginia. As grounds for said Motion, undersigned states he has turned in his resignation with the Office of the Alabama Attorney General to be effective April 4, 2025. Said Amicus States will continue to be represented by Edmund G. LaCour, and no party will be prejudiced by this withdrawal.

April 2, 2025

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr.
  *Solicitor General*

s/ Soren A. Geiger
Soren A. Geiger
  *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Soren.Geiger@AlabamaAG.gov

*Counsel for Amicus States*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2025, I electronically filed this document using the Court's CM/ECF system, which will serve all counsel of record.

s/ Soren A. Geiger
Soren A. Geiger
