# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 14, 2025

Philip J. Axt
ATTORNEY GENERAL'S OFFICE
600 E. Boulevard Avenue
Bismarck, ND  58505-0000

RE:  23-3655  Turtle Mountain Band of Chippewa Indians, et al v. Michael Howe

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14-day period for filing permitted by FRAP 40 may be denied as untimely.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc:   Grant Bakke
      Andrew G. Braniff
      Colin Burke
      Matthew Lee Campbell
      Pooja Chaudhuri
      Clerk, U.S. District Court, North Dakota
      Kyle T. Edwards
      Mark P. Gaber
      Jon M. Greenbaum
      Samantha Blencke Kelty
      Edmund G. LaCour Jr.
      Kevin Matthew Lamb

Athanasia O. Livas
Melissa L. Neal
Janai S. Nelson
Allison A. Neswood
Peter A. Patterson
David Ray Phillips
Scott K. Porsborg
Timothy Q Purdon
Ezra D. Rosenberg
Deuel Ross
Brian D. Schmidt
Bryan L. Sells
Samuel Spital
Joseph Scott St. John
David H. Thompson
Daniel Stephen Volchok
Bradley Wiederholt
Brenda Wright

District Court/Agency Case Number(s):  3:22-cv-00022-PDW