# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 14, 2025

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 23-3655 Turtle Mountain Band of Chippewa Indians, et al v. Michael Howe

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant and appeared on the brief was Philip J. Axt, AAG, of Bismarck, ND. The following attorney(s) also appeared on the appellant brief; David H. Thompson, of Washington, DC, Peter A. Patterson, of Washington, DC, David Ray Phillips, of Bismarck, ND, Athanasia O. Livas, of Washington, DC.

Counsel who presented argument on behalf of the appellees and appeared on the brief was Mark P. Gaber, of Washington, DC. The following attorney(s) also appeared on the appellees' brief; Timothy Q Purdon, of Bismarck, ND, Bryan L. Sells, of Atlanta, GA, Matthew Lee Campbell, of Boulder, CO, Molly E. Danahy, of Washington, DC, Allison A. Neswood, of Boulder, CO, Michael Stephen Carter, of Sacaton, AZ, Samantha Blencke Kelty, of Washington, DC, Melissa L. Neal, of Washington, DC.

The following attorney(s) appeared on the amicus brief of the states of Alabama, Florida, Georgia, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, South Carolina, South Dakota, Texas, Utah, & West Virginia on behalf of appellant; Edmund G. LaCour, Jr., AAG, of Montgomery, AL, Soren A. Geiger, former Assist. Solicitor General for Alabama, of Arlington, VA,

The following attorney(s) appeared on the amicus brief of National Congress of American Indians on behalf of appellees; Kevin Matthew Lamb, of Washington, DC, Daniel Stephen Volchok, of Washington, DC, Kyle T. Edwards, of San Francisco, CA.

The following attorney(s) appeared on the amicus brief of Lawyers' Committee for Civil Rights Under Law on behalf of appellees; Jon M. Greenbaum, of Washington, DC, Ezra D. Rosenberg, of Newark, NJ, Pooja Chaudhuri, of Washington, DC.

The following attorney(s) appeared on the amicus brief of United States of America on behalf of appellees; Erin H Flynn, formerly of the U.S. Dept. of Justice, Washington, DC.

The following attorney(s) appeared on the amicus brief of NAACP Legal Defense & Educational Fund, Inc. on behalf of appellees; Janai S. Nelson, of New York, NY, Samuel Spital, of New York, NY, Michael Skocpol, of Washington, DC, Brenda Wright, of New York, NY, Deuel Ross, of Washington, DC, Colin Burke, of New York, NY.

The judge who heard the case in the district court was Honorable Peter D. Welte.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc:  MO Lawyers Weekly


District Court/Agency Case Number(s):   3:22-cv-00022-PDW