# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3655

Turtle Mountain Band of Chippewa Indians, et al.

Appellees

v.

Michael Howe, in his official capacity as Secretary of State of North Dakota

Appellant

North Dakota Legislative Assembly, et al.

------------------------------

State of Alabama, et al.

Amici on Behalf of Appellant(s)

National Congress of American Indians, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)
_____

**REVISED ORDER**

Before COLLOTON, Chief Judge, GRUENDER, and KOBES, Circuit Judges.

Appellees' motion to stay the mandate is denied. Chief Judge Colloton would grant the motion.

July 10, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler