# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3655

Turtle Mountain Band of Chippewa Indians, et al.

Appellees

v.

Michael Howe, in his official capacity as Secretary of State of North Dakota

Appellant

North Dakota Legislative Assembly, et al.

------------------------------

State of Alabama, et al.

Amici on Behalf of Appellant(s)

National Congress of American Indians, et al.

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)

___

**MANDATE**

In accordance with the opinion and judgment of May 14, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 14, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit