# Supreme Court of the United States

No. 25A62

TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, ET AL.,

Applicants

v.

MICHAEL HOWE, SECRETARY OF STATE OF NORTH DAKOTA

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the mandate of the United States Court of Appeals for the Eighth Circuit, case No. 23-3655, is hereby stayed pending further order of the undersigned or of the Court.

    /s/    Brett Kavanaugh
Associate Justice of the Supreme
Court of the United States

Dated this 16th
day of July, 2025.