THURSDAY, JULY 24, 2025

ORDER IN PENDING CASE

25A62    TURTLE MOUNTAIN BAND, ET AL. V. HOWE, SEC. OF STATE OF ND

The application for stay presented to Justice Kavanaugh and by him referred to the Court is granted. The issuance of the mandate of the United States Court of Appeals for the Eighth Circuit, case No. 23-3655, is stayed pending the filing and disposition of the petition for a writ of certiorari, if such writ is timely sought. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

Justice Thomas, Justice Alito, and Justice Gorsuch would deny the application.