# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 18, 2026

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re:  Turtle Mountain Band of Chippewa Indians, et al.
v. Michael Howe, Secretary of State of North Dakota
No. 25-253
(Your No. 23-3655)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Louisiana* v. *Callais*, 608 U. S. ___ (2026).  Justice Jackson, dissenting:  This case presents only the question of Section 2's private enforceability, which our decision in *Louisiana* v. *Callais*, 608 U. S. ___ (2026), did not address.  Thus I see no basis for vacating the lower court's judgment.  Instead, in light of *Morse* v. *Republican Party of Va.*, 517 U. S. 186 (1996), I would summarily reverse.

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk