# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Turtle Mountain Chippewa et al vs. Michael Howe

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-3655 for the following party(s): (please specify)

Turtle Mountain Band of Chippewa Indians, Spirit Lake Tribe, Wesley Davis, Zachery S. King, and Collette Brown

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: William Hancock  s/: William Hancock

Firm Name: Campaign Legal Center

Business Address: 1101 14th St. NW, Suite 400

City/State/Zip: Washington, DC 20005

Telephone Number (Area Code): (202) 736-2200

Email Address: whancock@campaignlegalcenter.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 06/22/26 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: